**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**TERESA GHEEN**                                                                                **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO. 3:12-cv-00806-CWR-FKB**

**CAROLYN W. COLVIN**                                                   **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball and the written objection to the proposed findings and recommendation. Based upon the evidence contained therein, this Court, having given full consideration to the aforesaid objection, and the Commissioner's response in opposition to the objection, finds the objection is not well taken. Substantial evidence supports the findings of the Administrative Law Judge. Hence, the Commissioner's decision must be affirmed, and Plaintiff's Motion for Summary Judgment must be denied.

The Report and Recommendation of the United States Magistrate Judge is hereby adopted as the Order of this Court, and the Court hereby dismisses Plaintiff's claims against the Defendant with prejudice.

**SO ORDERED AND ADJUDGED,** this the 31st day of March, 2014.

                                                                           s/ Carlton W. Reeves
                                                                  UNITED STATES DISTRICT JUDGE